In the Matter of LEGION OF CHRIST, INCORPORATED, Appellant, v TOWN OF MOUNT PLEASANT et al., Respondents.

Submitted January 5, 2004; decided January 8, 2004

Motion by The Becket Fund For Religious Liberty for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.